** DEPUTY EXAMINER AND INSPECTOR — SURETY BOND — STATE EMPLOYEE ** IT IS YOUR VIEW, FOR WHATEVER VALUE IT MAY HAVE, THAT THERE HAS BEEN NO CONSTITUTIONAL PROVISION ADOPTED FOR STATUTE ENACTED WHICH HAS THE EFFECT OF MODIFYING THE REQUIREMENTS OF SAID SECTION (74 O.S. 211 [74-211]) THAT EACH DEPUTY SHALL EXECUTE A BOND. — THE A.G. AGREES WITH YOUR OPINION (BOND SHALL BE FILED WITH THE SECRETARY OF STATE, PERFORMANCE BOND) (FRED HANSEN)